**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6509**

———————

SHAWN CHRISTOPHER TAYLOR,

Plaintiff - Appellant,

versus

MARK HENRY, Warden; STEPHEN FINGER, Admin-
istrative Remedy Coordinator; WILLIAM EY,
Captain; SUSAN CRUMP, Unit Manager; LIEUTENANT
GRIENER; LIEUTENANT BRIGHT, S.I.S.; LIEUTENANT
CASTRO, S.I.S.; WILLIAM BROWN, Education
Administrator; R. COSGROVE, Education; sued in
their individual and official capacities,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
99-1810-CCB)

———————

Submitted: August 23, 2001          Decided: August 29, 2001

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Shawn Christopher Taylor, Appellant Pro Se. Stephen Matthew
Schenning, United States Attorney, Larry David Adams, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shawn C. Taylor appeals from the district court's order denying relief in his action filed under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Taylor v. Henry</u>, No. CA-99-1810-CCB (D. Md. June 19, 2000 & Feb. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>